**Brian WILSON, Plaintiff–Appellant,**

**v.**

**M. Hope BLACKLEY, Spartanburg
County Clerk of Court,
Defendant–Appellee,**

**and**

**Spartanburg County Clerk
of Court, Defendant.**

No. 15–7124.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 23, 2015.

Brian Wilson, Appellant Pro Se. Kathleen Beatty Martin, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Wilson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Blackley,* No. 2:15–cv–00869–MGL (D.S.C. filed June 30, 2015 & entered July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*